# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 9, 2012

145340-2 & (38)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

CHERRYLAND ELECTRIC
COOPERATIVE,
      Petitioner-Appellee,

v

BLAIR TOWNSHIP,
      Respondent-Appellant.

SC: 145340
COA: 296829
MTT: 00-296021

_____/

CHERRYLAND ELECTRIC
COOPERATIVE,
      Petitioner-Appellee,

v

EAST BAY TOWNSHIP,
      Respondent-Appellant.

SC: 145341
COA: 296830
MTT: 00-296028

_____/

CHERRYLAND ELECTRIC
COOPERATIVE,
      Petitioner-Appellee,

v

GARFIELD TOWNSHIP,
      Respondent-Appellant.

SC: 145342
COA: 296856
MTT: 00-296026

_____/

On order of the Court, the application for leave to appeal the May 15, 2012 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.302(H)(1). At

oral argument, the parties shall address whether these cases involve a mutual mistake of fact within the meaning of MCL 211.53a. They may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application papers.

The motion for peremptory reversal remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 9, 2012

_____
Clerk

h1106